UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RANDY-POE DOROMAL DEOCAMPO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-56 |
| § | |
| ASI LLOYDS, § | |
| § | |
| Defendant. § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court, after having considered Plaintiff RANDY-POE DOROMAL DEOCAMPO and Defendant ASI LLOYDS' Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

SO ORDERED this 15th day of October, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge